IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BANCPASS, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 1:14-CV-01062-SS |
| v. | § § | |
| HIGHWAY TOLL ADMINISTRATION, LLC | § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| HIGHWAY TOLL ADMINISTRATION, LLC, | § § § | |
| Counter-Plaintiff, | § § § | |
| v. | § § | |
| BANCPASS, INC., | § § | |
| Counter-Defendant. | § | |

## BANCPASS, INC.'S ANSWER TO HIGHWAY TOLL ADMINISTRATION, LLC'S COUNTERCLAIM

TO THE HONORABLE JUDGE SAM SPARKS:

Plaintiff/Counter-Defendant BancPass, Inc. ("BancPass") files this Answer to Defendant/Counter-Plaintiff Highway Toll Administration, LLC's ("HTA") Counterclaim (Doc. 21).

**A. Responses to Allegations of the Counterclaims.**

**I.**

**PARTIES**

1.      BancPass admits the allegations in paragraph 1 of the Counterclaim.

2. BancPass admits the allegations of paragraph 2 of the Counterclaim.

## II.

## **FACTS**

3. BancPass admits HTA has contracts with Avis Budget Car Rental, LLC ("Avis") and Enterprise Holdings, Inc. ("Enterprise") who operate Avis and Enterprise rental cars and their respective affiliates. Plaintiff/Counter-Defendant lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations of paragraph 3.

4. BancPass lacks sufficient knowledge or information to form a belief about the truth of the allegations of paragraph 4.

5. BancPass admits HTA has agreements with car rental agencies. BancPass admits HTA provides toll processing services both through radio frequency toll tags and registering license plates used on rental cars. BancPass lacks sufficient knowledge or information to form a belief about the truth of the remaining allegations of paragraph 5.

6. BancPass denies the allegations of paragraph 6.

7. BancPass admits the allegations of paragraph 7.

8. BancPass admits it received a letter from an attorney representing HTA on September 30, 2014, and admits a true and correct copy of that letter is attached as Exhibit A to the Counterclaim.

9. BancPass admits the letter received from HTA's attorney includes allegations of instances where HTA contends registering the same license plate with multiple automated payment systems may lead to double billing but BancPass denies

the accuracy of the allegations in the letter. BanPass denies the remaining allegations of paragraph 9. Furthermore, HTA's allegations omit any reference to significant portions of the letter where HTA lodged baseless allegations against BancPass for "tortious interference" with HTA's alleged agreements with rental customers.

10. BancPass denies the allegations in paragraph 10.

11. BancPass denies the allegations in paragraph 11.

12. BancPass admits it filed litigation following wrongful attempts to disrupt BancPass's PToll business and admits that BancPass's Original Complaint is attached to the Counterclaim as Exhibit B.

### III.

### CAUSES OF ACTION

### COUNT I

### DECLARATORY JUDGMENT THAT HTA DID NOT TORTIOUSLY INTERFERE WITH BANCPASS'S CONTRACTS WITH GOOGLE OR APPLE

13. This paragraph merely incorporates HTA's allegations for each preceding paragraph. BancPass incorporates its response to each of those paragraphs above.

14. BancPass admits the allegations of paragraph 14.

15. BancPass admits Google removed the PToll application from Google Play® based on HTA's letter to Google. BancPass admits it was able to have Google reinstate the PToll application some time thereafter. BancPass denies the remaining allegations in paragraph 15.

16. BancPass denies the allegations in paragraph 16.

17. BancPass denies the allegations in paragraph 17.

18. BancPass denies the allegations in paragraph 18.

## COUNT II

## DECLARATORY JUDGMENT THAT HTA'S CONTRACTS WITH CAR RENTAL AGENCIES AND CAR RENTAL AGENCIES' CONTRACTS WITH CUSTOMERS DO NOT INTEREFERE WITH BANCPASS'S CONTRACT WITH BANCPASS'S CUSTOMERS

19. This paragraph merely incorporates HTA's allegations for each preceding paragraph. BancPass incorporates its response to each of those paragraphs above.

20. BancPass denies the allegations in paragraph 20

21. BancPass denies the allegations in paragraph 21.

22. BancPass denies the allegations in paragraph 22.

## COUNT III

## DECLARATORY JUDGMENT THAT HTA HAS NOT VIOLATED THE SHERMAN ACT OR TEXAS FREE ENTERPRISE AND ANTITRUST ACT

23. This paragraph merely incorporates HTA's allegations for each preceding paragraph. BancPass incorporates its response to each of those paragraphs above.

24. Plaintiff/Counter-Defendant admits that HTA sought an agreement in its September 30, 2014 letter that would have created a horizontal market allocation in violation of the Sherman Act and Texas Free Enterprise and Antitrust Act. BancPass denies the remaining allegations of paragraph 24.

25. BancPass denies the allegations in paragraph 25.

26. BancPass admits it refused to enter into HTA's proposed agreement that would have violated anti-trust laws but denies the remaining allegations in paragraph 26.

27. BancPass denies the allegations in paragraph 27.

28. BancPass denies the allegations in paragraph 28.

### IV.

### **ATTORNEYS' FEES**

29. This paragraph merely incorporates HTA's allegations for each preceding paragraph. BancPass incorporates its response to each of those paragraphs above.

30. Plaintiff/Counter-Defendant denies the allegations in paragraph 30.

### V.

### **REQUEST FOR RELIEF**

31. Plaintiff/Counter-Defendant denies that HTA is entitled to any relief from Plaintiff/Counter-Defendant, including any relief sought in the Request for Relief in the Counterclaim.

32. Any and all allegations of the Counterclaim not expressly admitted are hereby denied.

**B.   Additional and Affirmative Defenses to the Counterclaims.**

33. Defendant/Counter-Plaintiff has failed to state a claim on which relief may be granted.

34. Defendant/Counter-Plaintiff lacks standing to bring claims. Specifically, HTA's demands for a declaration fail, as a matter of law, for a lack of a "case or controversy." Specifically:

> a.   <u>Count One</u> - HTA's requests for a declaration that it is not liable to BancPass for the causes of action brought by BancPass for tortious interference. This is nothing more than a bare attempt to argue the negative of a claim already before the court in BancPass's assertions of tortious interference and adds nothing to

    the case.

   b. <u>Count Two</u> – HTA simply invents an issue where none existed. BancPass does not claim that HTA's contract themselves interfere with BancPass, but rather HTA has actively threatened and intimidated numerous third parties, such as Google, Apple, and the relevant tolling authorities in an overt attempt to harm BancPass, a lesser funded entity.

   c. <u>Count Three</u> – Count Three seeks a declaration that HTA is not liable for issues not raised by BancPass's complaint. Similar to the deficiencies in Count Two, BancPass never alleged that HTA's agreements with rental car companies violate the Sherman Act or the Texas Free Enterprise and Antitrust Act. Rather, BancPass plead that HTA's "proposal" in its September 30, 2014 letter to segregate the market between rental customers and car owners would, if accepted, constitute a horizontal market allocation, which is a per se violation of state and federal anti-trust laws.

35. <u>Unavailability of Attorney's Fees.</u> HTA cannot seek attorney's fee recovery for requests for declarations under federal law and the Texas Declaratory Judgment Act is merely a procedural tool that does not apply to a Federal Court's determination, even if the case is one of diversity jurisdiction. The other statutes cited by HTA simply do not apply to this dispute.

36. Plaintiff/Counter-Defendant reserves the right to amend or supplement this Answer to assert other and further defenses.

## **PRAYER**

WHEREFORE, Plaintiff/Counter-Defendant, BancPass, Inc. respectfully requests that Defendant/Counter-Plaintiff, Highway Toll Administration, LLC's claims be dismissed or, alternatively, take nothing and that judgment be entered for Plaintiff/Counter-Defendant on all claims. Plaintiff/Counter-Defendant requests their costs of court and all further relief, at law or in equity, to which they may be justly entitled.

Respectfully submitted,

*/s/ Thomas M. Fulkerson*

Thomas M. Fulkerson
tfulkerson@fulkersonlotz.com
State Bar No. 07513500
Jerry L. Mitchell
jmitchell@fulkersonlotz.com
State Bar No. 14214650
Gavin K. Uttecht
guttecht@fulkersonlotz.com
State Bar No. 24069111
FULKERSON LOTZ LLP
700 Louisiana Street, Suite 5200
Houston, Texas 77002-2773
Telephone: 713.654.5800
Facsimile: 713.654.5801

J. David Rowe
drowe@dbcllp.com
State Bar No. 00794564
DUBOIS, BRYANT & CAMPBELL, LLP
700 Lavaca, Suite 1300
Austin, Texas 78701
Telephone: 512-381-8020
Facsimile: 512-457-8008

ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT BANCPASS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies a true and correct copy of the foregoing document was electronically filed on May 13, 2015, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Gregory J. Casas
casasg@gtlaw.com
Elizabeth Ross Hadley
hadley@gtlaw.com
300 West 6th Street, Suite 2050
Austin, Texas 78701
Telephone: 512.320.7200
Facsimile: 512.320.7210

ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF
HIGHWAY TOLL ADMINISTRATION, LLC

Jerry L. Mitchell