IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BANCPASS, INC. | § § § | |
| Plaintiff/Counter-Defendant, | § § | |
| vs. | § § | |
| HIGHWAY TOLL ADMINISTRATION, LLC, | § § § | CIVIL ACTION NO. 1:14-CV-01062-SS |
| Defendant/Counter-Plaintiff | § § | |

**JOINT MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**

Plaintiff BancPass, Inc., and Defendant Highway Toll Administration, LLC, have reached a resolution of all claims and counterclaims asserted in this case. In accordance with that resolution, the parties hereby jointly request that the Court dismiss all claims and counterclaims with prejudice pursuant to Federal Rule of Civil Procedure 41.

Dated: October 19, 2017

Respectfully submitted,

*/s/ Ethan G. Gibson*
Ethan G. Gibson
Email: egibson@fulkersonlotz.com
State Bar No. 24073131
Nick Brown
Email: nbrown@fulkersonlotz.com
State Bar No. 24092182
FULKERSON LOTZ LLP
4511 Yoakum Blvd. Suite 200
Houston, Texas 77006-5821
Telephone: 713.654.5800
Facsimile: 713.654.5801

**ATTORNEY FOR PLAINTIFF BANCPASS, INC.**

/s/ Ethan L. Shaw
Ethan L. Shaw
State Bar No. 18140480
John P. Cowart
State Bar No. 04919500
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
(512) 499-8900 phone
(512) 320-8906 facsimile
elshaw@shawcowart.com
jcowart@shawcowart.com

**ATTORNEYS FOR DEFENDANT
HIGHWAY TOLL ADMINISTRATION, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on October 19, 2017.

/s/ Ethan G. Gibson
Ethan G. Gibson