IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BANCPASS, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Case No. 1:14-cv-01062-SS |
| | § | |
| HIGHWAY TOLL ADMINISTRATION, LLC, | § | |
| | § | |
| Defendant/Counter-Plaintiff. | § | |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

The matter before the Court is the Joint Motion to Dismiss with Prejudice ("Motion") of Plaintiff **BancPass, Inc.** ("Plaintiff") and Defendant **Highway Toll Administration, LLC** ("Defendant"). After consider the Motion, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that in accordance with the resolution reached between Plaintiff and Defendant ("Agreement"), all claims, counterclaims, cross claims, and third party claims (hereinafter referred to as "Claims") are DISMISSED WITH PREJUDICE.

SIGNED this 19th day of October 2017.

_Sam Sparks_
SAM SPARKS
UNITED STATES DISTRICT JUDGE